UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>　　　- v. -<br><br>$56,243.55 FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT 325160197444 HELD IN THE NAME OF "GUDI TRADING INC.," AND ALL MONIES, FUNDS AND ASSETS TRACEABLE THERETO;<br><br>$312,098.86 FORMERLY ON DEPOSIT IN JP MORGAN CHASE ACCOUNT 909315555 HELD IN THE NAME OF "ZHONGYONG TRADING INC.," AND ALL MONIES, FUNDS AND ASSETS TRACEABLE THERETO; and<br><br>$70,416.62 FORMERLY ON DEPOSIT IN BANK OF AMERICA ACCOUNT 325079100467 HELD IN THE NAME OF "YYJ CONSULTING CORPORATION," AND ALL MONIES, FUNDS AND ASSETS TRACEABLE THERETO;<br><br>　　　　Defendants-*in-rem*. | JUDGMENT OF FORFEITURE<br><br>24 Civ. 4529 (CS) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　WHEREAS, on or about June 13, 2024, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A) and 981(a)(1)(C);

　　　　WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on June 27, 2024 through July 26, 2024, and proof of such publication was filed

with the Clerk of this Court on September 26, 2024 (D.E. 3);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, on or about June 18, 2024, the Verified Complaint was sent by certified mail to the following:

>Gudi Trading Inc.
>1930 Rochester Avenue
>Ontario, CA 91761
>
>Jiang Yang
>304 N Lincoln Ave Apt. K
>Monterey Park, CA 91755
>
>Reginald Garner Milligan
>337 E. 127th Street
>Los Angeles, CA 90061
>
>Zhongyong Chen
>333 W. Garvey Ave #568
>Monterey Park, CA 91754
>
>Zhongyong Trade Inc.
>8154 Blewett St
>Rosemead, CA 91770
>
>YYJ Consulting Corporation
>304 N. Lincoln Ave, Unit K
>Monterey Park, CA 91755

(the "First Noticed Parties");

WHEREAS, on or about August 26, 2024, the Verified Compliant was sent by certified mail to the following:

3

YYJ Consulting Corporation
212 S. Chandler Ave
Monterey Park, CA 91755

(together with the First Noticed Parties, the "Noticed Parties");

WHEREAS, only the notice to Zhongyong Chen was successfully delivered. All other notices were either returned to this office or were unable to be delivered;

WHEREAS, the Noticed Parties are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the Plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee, the Office of Fines, Penalties and Forfeitures) shall dispose of the Defendants-*in-rem* according to law.

Dated: White Plains, New York
       September 26, 2024

SO ORDERED:

_____
THE HONORABLE CATHY SEIBEL
UNITED STATES DISTRICT JUDGE

4